# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| **KATHERYN FOSTER**<br>*Plaintiff*<br>v.<br>**ASSET RECOVERY SOLUTIONS LLC**<br>*Defendant* | Civil Action No. 8:26-cv-01015-JWH-E |

## AFFIDAVIT OF SERVICE

I, Gabriel Ayala, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Asset Recovery Solutions LLC in Cook County, IL on August 31, 2026 at 10:44 am at 5250 Old Orchard Rd, Ste 200, Skokie, IL 60077-4461 by leaving the following documents with Leonard (refused last name) who as Manager is authorized by appointment or by law to receive service of process for Asset Recovery Solutions LLC.

NOTICE OF ASSIGNMENT
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION
COMPLAINT
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Additional Description:
Person served identified himself as Leonard the manager.
Race: White, Sex: Male, Est. Age: 45-54, Hair: no, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.0630223,-87.7584324
Photograph: See Exhibit 1

Total Cost: $99.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Cook County,

IL on 8/31/2026.

/s/ Gabriel Ayala

Gabriel Ayala - +1 (219) 781-1707


Exhibit 1a)
8/31/2026 10:44 am CDT
5250 Old Orchard Rd, Ste 200, Skokie, IL 60077-4461
42.0630223, -87.7584324
200
Asset
Recovery
Solutions